# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SARAH MERCADO, | Civil No. 1:21-CV-01631 |
| Plaintiff, | |
| v. | |
| DAVID W. SUNDAY, JR., in his official capacity, and JOSH SHAPIRO, in his official capacity, | |
| Defendants. | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 17th day of May, 2022, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT:**

1. The motions to dismiss the complaint are **DENIED**. (Docs. 9, 14.)

2. A telephonic status conference is scheduled for May 31, 2022, at 9:15 a.m. to discuss the schedule for this case. Plaintiff's counsel shall initiate the call to chambers at 717-221-3970 once all parties are on the line.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania